UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JIMMIE L. FORD,

    Plaintiff,

    v.

MAGID FAHIM,

    Defendant.

Case No. 11-cv-992-JPG

## MEMORANDUM AND ORDER

    This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 31) of Magistrate Judge Philip M. Frazier recommending that the Court deny defendant Magid Fahim's motion for summary judgment on the failure to exhaust affirmative defense (Doc. 25).

    The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation.  Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made. *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."  *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

    The Court has received no objection to the Report.  The Court has reviewed the entire file and finds that the Report is not clearly erroneous.  Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 31); and
- **DENIES** defendant Magid Fahim's motion for summary judgment (Doc. 25).

**IT IS SO ORDERED.**
**DATED:**  April 22, 2013

                                  s/J. Phil Gilbert
                                  **J. PHIL GILBERT**
                                  **DISTRICT JUDGE**