UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JIMMIE L. FORD,

    Plaintiff,

v().   Case No. 11-cv-992-JPG

MAGID FAHIM,

    Defendant.

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion to withdraw as stand-by counsel for plaintiff Jimmie L. Ford filed by attorney Jennifer L. Hightower (Doc. 76). Since her recruitment to serve as Ford's stand-by counsel, she has taken a new job that does not permit her to continue with her service as stand-by counsel. The Court **GRANTS** the motion (Doc. 76) and **ORDERS** that Ms. Hightower be withdrawn from this case.

This places the Court in a difficult position. As noted in *Ray v. Wexford*, 706 F.3d 864, 866 (7th Cir. 2013), the Court does not have statutory authority to appoint counsel for litigants bringing cases under 42 U.S.C. § 1983. While 28 U.S.C. § 1915(e)(1) provides, "The court may request an attorney to represent any person unable to afford counsel," the use of the word "request" means courts may *ask* but not *compel* attorneys to represent indigent litigants. *Pruitt v. Mote*, 503 F.3d 647, 653 (7th Cir. 2007). "All a district court can do is seek a volunteer." *Id.* at 867.

The Court has sought numerous volunteers to represent Ford, all to no avail. On April 14, 2014, Magistrate Judge Frazier granted Ford's motion for recruitment of counsel (Doc. 65). He then contacted more than 60 attorneys licensed to practice in this district to ask for a volunteer attorney,[1] but none answered the call (Doc. 69). The undersigned judge then attempted to recruit

---

[1] Chambers staff sent the following e-mail to more than 60 attorneys who had expressed an interest

counsel. ² Of the more than 130 counsel contacted, none volunteered to represent Ford (Doc. 73).

---

in being recruited to represent *pro se* litigants.

> Good afternoon,
>
> Judge Frazier is recruiting pro bono counsel for plaintiff Jimmie L. Ford. Ford is a prisoner confined at Menard Correctional Center. He is proceeding on a § 1983 claim against Dr. Magid Fahim, alleging that Fahim responded with deliberate indifference to Ford's serious medical need for access to asthma medication. In particular, Ford claims that after Fahim discontinued one asthma medication (QVAR), he refused to refill Ford's remaining medication, a rescue inhaler (Albuterol) when it was empty. As a result, Ford had no medication available and suffered a severe asthma attack, requiring treatment in the prison infirmary.
>
> This case is scheduled for Final Pretrial on 6/5/2014. Jury trial is scheduled for 6/16/2014. Both dates are before Judge Gilbert in Benton.
>
> Please contact me if you are interested in representing Mr. Ford. The defendant Dr. Fahim is represented by Sandberg Phoenix.
>
> Thank you.

² Chambers staff sent the following e-mail to 200 randomly selected attorneys admitted to practice in this district. Around 62 e-mails bounced back as having been sent to bad e-mail addresses.

> Good afternoon,
>
> Judge Gilbert is recruiting pro bono counsel for Jimmie L. Ford in civil rights litigation. Ford is a prisoner confined at Menard Correctional Center. He is proceeding on a § 1983 claim against Dr. Magid Fahim, alleging that Fahim responded with deliberate indifference to Ford's serious medical need for access to asthma medication. In particular, Ford claims that after Fahim discontinued one asthma medication (QVAR), he refused to refill Ford's remaining medication, a rescue inhaler (Albuterol) when it was empty. As a result, Ford had no medication available and suffered a severe asthma attack, requiring treatment in the prison infirmary. The defendant Dr. Fahim is represented by Sandberg Phoenix. This case is scheduled for Final Pretrial Conference on 9/12/2014 and Jury Trial on 9/22/2014. A final pretrial order is due to Magistrate Judge Frazier by 6/20/14. Please let me know if you are interested in accepting an appointment to represent Mr. Ford.
>
> Thanks for considering this opportunity.

The Court then attempted to recruit stand-by counsel to provide Ford assistance at trial.[3]  Of the more than 60 attorneys contacted, only one responded – Ms. Hightower.   As noted above, Ms. Hightower cannot continue in this case.

The Court has reasonably exhausted its abilities to recruit counsel for Ford.   Thus, despite the fact that he meets the criteria for receiving assistance of counsel, he must proceed without counsel for the remainder of this case unless he is able to find counsel himself.

**IT IS SO ORDERED.**
**DATED:   June 23, 2014**

            s/J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**

---

[3] Chambers staff sent the following e-mail to more than 60 attorneys who had expressed an interest in being recruited to represent *pro se* litigants.

> Good morning,
>
> Judge Gilbert is recruiting pro bono counsel to serve as <u>stand-by counsel at trial only</u> for Jimmie L. Ford in civil rights litigation.   Ford is a prisoner confined at Menard Correctional Center.   He is proceeding on a § 1983 claim against Dr. Magid Fahim, alleging that Fahim responded with deliberate indifference to Ford's serious medical need for access to asthma medication.   In particular, Ford claims that after Fahim discontinued one asthma medication (QVAR), he refused to refill Ford's remaining medication, a rescue inhaler (Albuterol) when it was empty.   As a result, Ford had no medication available and suffered a severe asthma attack, requiring treatment in the prison infirmary.   The defendant Dr. Fahim is represented by Sandberg Phoenix.   This case is scheduled for a Final Pretrial Conference on 7/29/14 before Magistrate Judge Frazier.   It is also scheduled for a Final Pretrial Conference on 9/12/14 and Jury trial on 9/22/2014 before Judge Gilbert.
>
> As stand-by counsel, you would need to be present at the final pretrial conferences and at trial to answer any questions Ford may have.   Often this involves questions about court proceedings, obtaining the presence of witnesses, and evidentiary matters.   You would also be responsible for preparing Ford's proposed jury instructions to submit to the Court shortly before trial.   You would not be responsible for presenting Ford's case at trial.   Please let me know if you are interested in accepting an appointment to represent Mr. Ford.
>
> Thanks in advance for considering this opportunity.